IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARSON LEE KENNARD, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 1:13-CV-818-WHA |
| | ) |
| GENEVA COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is hereby ADOPTED; Plaintiff's claims against the Geneva County Jail are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i); the Geneva County Jail is DISMISSED as a party to this complaint; and this case is referred back to the Magistrate Judge for additional proceedings.

Done this 3rd day of December, 2013.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE