IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARSON LEE KENNARD, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:13-cv-818-WHA-WC |
| ) | |
| JASMINE SAUNDERS, ) | |
| ) | |
| Defendant. ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 9) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED and this case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

A separate judgment shall issue.

Done this 30th day of January, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE